# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES | **ORDER** |
| Plaintiff(s) | |
| v. | Case No.:  2:22-cv-02190 DJC JDP (HC) |
| STATE OF CALIFORNIA, ET AL. | |
| Defendant(s) | |

On May 19, 2023, the Court adopted the Magistrate Judge's Findings and Recommendations and closed this case.  <u>See</u> ECF No. 14.  On May 30, 2023, Petitioner filed Objections to the Magistrate's Findings and Recommendations; Request to Remove the Assigned Magistrate Judge; and Request to Re-Open the Case.  <u>See</u> ECF No. 16.  Upon review of Petitioner's pleading, the Court re-opens this case for the limited purpose of allowing Petitioner to file objections to the Magistrate Judge's Findings and Recommendations.  Petitioner's objections shall be filed within thirty (30) days.

///

///

1  Petitioner is cautioned that the case will be closed, that any documents filed
2 after the closing date will be disregarded, and that no orders will issue in response to
3 future filings if he fails to file the afore-mentioned objections by the prescribed
4 deadline.
5  Petitioner's Request to Remove the Assigned Magistrate Judge is DENIED as
6 Petitioner has not stated any factual grounds to justify removal or disqualification of
7 the assigned Magistrate Judge.  *See* 28 U.S.C. § 455.
8
9  IT IS SO ORDERED.
10
11
12 Dated:  June 2, 2023                   /s/ Daniel J. Calabretta
13                                        THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE