UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | No. 2:22-cv-02190-DJC-JDP |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The Court has reviewed the objections filed by the Plaintiff as well as the entire file. The Court finds that Plaintiff's objections do not change the Court's conclusions in the May 19, 2023 order in which adopted the Magistrate Judge's Findings and Recommendations and dismissed this action. Those Findings and Recommendations are still supported by the record and by proper analysis. Accordingly, the Findings and Recommendations issued May 19, 2023 remain adopted in full and this action is dismissed. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __July 18, 2023__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1